## CIRCUIT COURT OF HENRICO COUNTY

Commonwealth of Virginia,
*ex rel.* Mary Sue Terry,
Attorney General

v.

Community Benefit Services, Inc.,
d/b/a CBS Telemarketing, Inc., and
d/b/a Children's Traveling Museum,
James R. Nordmark, and
Susan Nordmark

December 10, 1991

Case No. CH91000574–00

BY JUDGE L. A. HARRIS, JR.

The above matter is before the Court on the plaintiff's motion for summary judgment on Count Two of the Bill of Complaint. After a consideration of the legal arguments, both written and oral, and a consideration of the appropriate authorities, I conclude that CBS was in fact a "charitable organization" as defined in § 57–48 of the Code of Virginia. Therefore, CBS was required to "duly register" prior to soliciting in the Commonwealth. The Commonwealth requests that both an injunction be entered and a judgment in the amount of $26,625.50 be awarded. However, there appears to be a factual dispute as to the efforts made by CBS to register prior to commencing their activities and the position taken by the Commonwealth when confronted with these efforts. Because I feel that evidence on this issue will be relevant to the final disposition of the case, I will enter no monetary judgment at this time, but I will allow each party to present evidence on this conduct at an ore tenus hearing.

Since I have concluded that CBS is required to register prior to soliciting in the Commonwealth, I will enter an injunction prohibiting any future violations of § 57–57(K) of the Code of Virginia.